# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146143

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC:  146143
                                                     COA:  309181
                                                     Wayne CC:  07-011024-FC

RODGERECK MARKIETH HERBERT,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the September 18, 2012
order of the Court of Appeals is considered, and it is DENIED, because the defendant has
failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

                                                                    Clerk

s0422